[Cite as *Graves v. Unknown*, 2011-Ohio-2497.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

WILLIAM GRAVES

   Plaintiff

   v.

UNKNOWN

   Defendant

Case No. 2011-01259-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On January 6, 2011, this court issued an entry dismissing City of Columbus as a defendant. The plaintiff was ordered to submit an amended complaint which names a state entity as party defendant on or before February 9, 2011, or face dismissal of his case. Plaintiff was also ordered to pay the required $25.00 filing fee or to file a poverty affidavit with this court. Plaintiff has failed to comply with the court orders. Therefore, the case is DISMISSED without prejudice. The court shall absorb the court costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

William Graves
554 Morrison Drive
Ashville, Ohio  43103

DRB/laa
2/15
Filed 2/24/11
Sent to S.C. reporter 5/16/11